UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00071-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WADE HENDERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on review of the court's Inactivity Report. Review of that report reveals that no activity has occurred since May 13, 2016, when this court conducted a status of counsel hearing. This case will now move forward to sentencing expeditiously.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant file his Objections, if any, to the Draft Presentence Report within 14 days, USPO shall submit a Final PSR within 7 days of the filing of any objections, and the Clerk of Court shall place this matter on for sentencing within 7 days of the filing of the Final PSR.

Signed: March 16, 2017



Max O. Cogburn Jr
United States District Judge